

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2020

No. 04-19-00464-CR

Troy David **CAMPEAU,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-755-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

On January 21, 2020, we ordered the trial court to conduct a hearing to determine whether appellant was indigent. On February 24, 2020, a supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed. In its findings of fact and conclusions of law, the trial court found that appellant is indigent and entitled to appointed counsel. Also included in the supplemental clerk's record is an order appointing Shane Stolarcyzck as appellant's appellate counsel.

We ORDER that appellant's brief is due on **April 6, 2020**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court